1155 AVENUE OF THE AMERICAS NEW YORK, NY 10036                    JENNER&BLOCK LLP

August 23, 2022

VIA ECF

The Honorable James M. Wicks
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:   *Graham v. Nissan North America Inc. et al.*, No. 2:22-cv-04896 (GRB) (JMW) (E.D.N.Y.) – Letter Motion for Extension of Time to Move or Answer

Dear Judge Wicks:

We represent Defendant Nissan North America, Inc. ("NNA"). We write jointly with counsel for Defendants Nissan Motor Acceptance Company LLC (formerly known as Nissan Motor Acceptance Corporation) ("NMAC") and Nissan-Infinity LT LLC ("NILT") to request an extension of NNA, NMAC and NILT's time to move or answer the complaint to **September 30, 2022,** from the current deadline of **August 26, 2022**. NNA, NMAC, and NILT make this request in order to allow for additional time for case assessment and conferral with the plaintiff following the removal of this case to federal court.

This is NNA, NMAC, and NILT's first request for additional time to move or answer. We have conferred with the plaintiff and other defendant, and all parties consent to this request.

Respectfully submitted,

/s/Peter J. Brennan
Jenner & Block LLP

Jacob D. Alderdice
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1625
JAlderdice@Jenner.com

Peter J. Brennan
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
PBrennan@Jenner.com

*Counsel for Defendants Nissan North America, Inc*

August 23, 2022
Page 2

Meola Law Firm
Rudy Meola (pro hac vice forthcoming)
1822 Western Avenue
Albany, New York 12203
(518) 713-2030
Rudy@meolalaw.com

McShane & Bowie, P.L.C.
James R. Bruinsma (pro hac vice forthcoming)
99 Monroe Ave., N.W., Suite 1100
Grand Rapids, Michigan 49503
(616) 732-5000
Jrb@msblaw.com

*Counsel for Defendants Nissan Motor Acceptance Company LLC and Nissan-Infiniti LT LLC*

cc: Counsel for Plaintiff and Co-Defendant (by ECF)