FILED
CLERK
9:05 am, Jan 08, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES GRAHAM, on behalf of himself and other individuals similarly situated,

       Plaintiff(s),

 vs.

NISSAN NORTH AMERICA INC.; NISSAN MOTOR ACCEPTANCE CORP.; NISSAN MOTOR ACCEPTANCE COMPANY LLC; NISSAN-INFINITI LT LLC; NISSAN OF GARDEN CITY; and other related entities and individuals,

       Defendants.

Case No. 2:22–CV–4896–GRB–JMW

Hon. Gary R. Brown

Mag. Judge James M. Wicks

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED under Rule 41 of the Federal Rules of Civil Procedure, by and between the undersigned counsel of record for the parties to this action, that the above-captioned matter shall be and hereby is dismissed with prejudice as to the individual claims of Plaintiff and without prejudice as to any claims of the proposed class and without costs to any party as against another.

| | |
|---|---|
| January 5, 2024 | January 5, 2024 |
| **Jennfer & Block LLP** | **Leeds Brown Law, P.C.** |
| By: /s/ Peter Justin Brennan w/ permission<br> Peter Justin Brennan<br> 353 N. Clark Street<br> Chicago, IL 60654<br> (312) 923-2614<br> pbrennan@jenner.com | By: /s/ Michael A. Tompkins w/ permission<br> Michael A. Tompkins<br> One Old Country Road, Suite 347<br> Carle Place, NY 11514<br> (516) 873-9550<br> mtompkins@leedsbrownlaw.com |
| Counsel for Nissan North America, Inc. | Counsel for Plaintiff |

January 5, 2024

**Cyruli Shanks & Zizmor, LLP**

By: /s/ Russell Shanks w/ permission
    Russell Shanks
    420 Lexington Avenue, Suite 2320
    New York, New York 10170
    (212) 661-6800
    rshanks@cszlaw.com

Counsel for Palisades Imports LLC
d/b/a Nissan of Garden City

January 5, 2024

**Harfenist Kraut & Perlstein LLP**

By: /s/ Steven J. Harfenist w/ permission
    Steven J. Harfenist
    Andrew C. Lang
    3000 Marcus Ave., Suite 2E1
    Lake Success, NY 11042
    Telephone: (516) 355-9600
    sharfenist@hkplaw.com

Counsel for Palisades Imports LLC
d/b/a Nissan of Garden City

January 5, 2024

**McShane & Bowie, P.L.C.**

By: /s/ James R. Bruinsma
    James R. Bruinsma
    99 Monroe Avenue NW, Suite 1100
    Grand Rapids, MI 49503
    616) 732-5000
    jrb@msblaw.com

Counsel for Nissan Motor Acceptance Company LLC (f/k/a Nissan Motor Acceptance Corp.) and Nissan-Infiniti LT LLC

854972.docx

FILED
CLERK

9:05 am, Jan 08, 2024

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JAMES GRAHAM, on behalf of himself and other individuals similarly situated,

           Plaintiff(s),

vs.

NISSAN NORTH AMERICA INC.; NISSAN MOTOR ACCEPTANCE CORP.; NISSAN MOTOR ACCEPTANCE COMPANY LLC; NISSAN-INFINITI LT LLC; NISSAN OF GARDEN CITY; and other related entities and individuals,

           Defendants.

Case No. 2:22-CV-4896-GRB-JMW

Hon. Gary R. Brown

Mag. Judge James M. Wicks

**ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal submitted under Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE as to the individual claims of Plaintiff and without prejudice as to any claims of the proposed class, with each party to bear its or their own fees, expenses, and costs.

IT IS SO ORDERED. This Order disposes of all claims and closes the case.

*/s/ Gary R. Brown*

HON. GARY R. BROWN
UNITED STATES DISTRICT COURT JUDGE

*Dated: 1/8/2024*

854972.docx